UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

JOSE MOSQUEDA RAMIREZ

Plaintiff,

v.

GUADALUPE OCON PEREZ and AMC BUS, INC.

Defendants.

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant AMC Bus, Inc. removes this action from the District Court for Adams County, Colorado to this Court based on diversity of citizenship. In that regard, Defendant AMC Bus, Inc. alleges the following.

1. On or about August 29, 2022, Plaintiff Jose Mosqueda Ramirez filed a lawsuit in Colorado state court against Defendants in a case styled <u>Ramirez v. Perez</u>, District for Adams County, Colorado, No. 2022CV31178.

2. Defendant AMC Bus, Inc. is filing herewith the current state court docket sheet (register of actions) and all pleadings, processes, orders, and other documents filed in the state court action.

3. This lawsuit arises out a bus accident on or about September 9, 2020 in which Plaintiff was a passenger on a bus driven by Defendant Guadalupe Ocon Perez.

4. The amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff's civil cover sheet filed in the state court action states Plaintiff is seeking a monetary

      judgement of more than $100,00, exclusive of interest and costs.  That civil cover sheet is being filed herewith.

5. At the time Plaintiff filed his Complaint (and as of the date hereof), Plaintiff was a citizen of Colorado, and Colorado was his domicile (i.e., he resided there, he was physically present there, and he intended to remain there indefinitely).

6. At the time Plaintiff filed his Complaint (and as of the date hereof), Defendant Guadalupe Ocon Perez was a citizen of Texas, and Texas was his domicile (i.e., he resided there, he was physically present there, and he intended to remain there indefinitely).

7. At the time Plaintiff filed his Complaint (and as of the date hereof), Defendant AMC Bus, Inc. was a citizen of California and Texas.  It is a corporation incorporated under the laws of California with its principal place of business is in Texas.

8. Defendant AMC Bus, Inc.'s registered agent was served with the Summons and Complaint on September 6, 2022.

9. This Court has original subject matter jurisdiction over this matter based on diversity of citizenship under 28 U.S.C. § 1332(a).

10. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

11. Venue in this Court is proper under 28 U.S.C. § 1441(a) because the state court action is located in the District of Colorado.

12. No prior notice of removal has been filed.

13. Defendant AMC Bus, Inc. is serving a copy of this Notice of Removal on all other parties.

14. Defendant AMC Bus, Inc. is filing a copy of this Notice of Removal in the state court action.

15. Defendant Guadalupe Ocon Perez takes no position on this removal, but does not object.

Therefore, Defendant AMC Bus, Inc. hereby removes the state court action to this Court.

October 5, 2022.

*s/ Miles M. Dewhirst*

Miles M. Dewhirst, No. 16832
Jay Jacobson, No. 36994
Dewhirst & Dolven, LLC
650 South Cherry Street, Suite 600
Denver, CO 80246
303-757-0003
mdewhirst@dewhirstdolven.com
jjacobson@dewhirstdolven.com
Counsel for Defendant AMC Bus, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2022, a true and correct copy of the above was e-filed and e-served via CM/ECF which will send automatic notification of said filing to all active counsel of record.

Jason Levy
2590 Trailridge Drive East, #202
Lafayette, CO 80026
jason@colegalteam.com
Attorney for Plaintiff

*s/ Alyssa Burrell*
Alyssa Burrell, Paralegal
Dewhirst & Dolven, LLC

3